IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE FELIX, and B.N. COONE,

        Plaintiffs

vs.                                                                            CIVIL NO. 1:12-cv-00125-JAP-WDS

THE CITY OF BLOOMFIELD, NEW MEXICO, A Municipal Corporation; SCOTT ECKSTEIN, Mayor Of The City Of Bloomfield, New Mexico; MATT PENNINGTON, A Member Of The Bloomfield City Council: CURTIS LYNCH, A Member Of The Bloomfield City Council: and PAT LUCERO, A Member Of The Bloomfield City Council,

        Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO RESCHEDULE SETTLEMENT CONFERENCE AND TO
<u>WAIVE THE ATTENDANCE OF PLAINTIFF JANE FELIX</u>**

This matter having come on for consideration of Plaintiffs' Unopposed Motion to Reschedule Settlement Conference and to waive the attendance of Plaintiff Jane Felix, and the Court being fully advised,

FINDS that the Motion is well taken and should be granted. Therefore,

1. The Settlement Conference currently set for January 8, 2013 at 9:00 A.M. is vacated and will be set for Conference by the Court on a later date.

2. The Court waives the attendance Plaintiff Jane Felix based on the assertions by Counsel for Plaintiffs.

 

_____
W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

Submitted by:

\_\_/s/ Edwin Macy_____
Edwin Macy
Staff Attorney
ACLU of NM Foundation
Attorney for Plaintiffs

Approved by:

Joel L. Oster
Alliance Defense Fund
15102 Rosewood Street
Leawood, KS 66224
Telephone: (913) 685-8000
Facsimile: (913) 681-8001
Email: joster@telladf.org

Thomas Ryan Lane
Attorney At Law
Bloomfield City Attorney
Gerding & O'Loughlin
PO Box 1020
Farmington, NM 87499-1020
Telephone: (505) 325-1804
Facsimile: (505) 325-4675
Email: trlgando@qwestoffice.net

Jonathan Scruggs
Alliance Defense Fund
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117
Telephone: (901) 684-5485
Facsimile (901) 684-5499
Email: jscruggs@telladf.org